## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**TCYK, LLC,**

      **Plaintiff,**

                                  CASE NO.: 2:13-cv-00643-SPC-DNF

**v.**

**DOE 24,**

      **Defendant.**

_____ /

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*TCYK, LLC v. Doe 25*,
Case No. 6:13-cv-01346-ACC-DAB (Middle District of Florida)
*TCYK, LLC v. Doe 30*,
Case No. 8:13-cv-02209-MSS-EAJ (Middle District of Florida)
*TCYK, LLC v. Doe 62*,
Case No. 8:13-cv-02210-VMC-TGW (Middle District of Florida)
*TCYK, LLC v. Doe 163*,
Case No. 6:13-cv-01347-ACC-GJK (Middle District of Florida)
*TCYK, LLC v. Doe 180*,
Case No. 8:13-cv-02211-MSS-MAP (Middle District of Florida)
*TCYK, LLC v. Doe 193*,
Case No. 8:13-cv-02212-SDM-TGW (Middle District of Florida)

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 9, 2013, a true and accurate copy of the foregoing was electronically filed with the Court. As the individual Defendant has not yet been identified, a copy has not been provided to him/her at this time. A copy of the foregoing will be provided to Defendant at such time as he/she is identified and served.

                                          s/ Richard E. Fee
                                          Richard E. Fee
                                          Florida Bar No. 813680
                                          IP ENFORCEMENT LAW GROUP P.A.
                                          1227 N. Franklin Street
                                          Tampa, Florida 33602
                                          (813) 490-6050
                                          (813) 490-6051 (Facsimile)
                                          rfee@IPEnforcementLaw.com

                                          Trial Counsel for Plaintiff,
                                          TCYK, LLC