**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**TCYK, LLC,**

       **Plaintiff,**

                                **CASE NO.:  2:13-cv-00643-SPC-DNF**

**v.**

**DOE 24,**

       **Defendant.**

_____ /

**PLAINTIFF, TCYK, LLC'S, MOTION FOR
EXTENSION OF TIME TO SERVE DEFENDANT
AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Rule 4(m) and Rule 6(b)(1)(A), Federal Rules of Civil Procedure, Plaintiff, TCYK, LLC, moves this Court on the following grounds for an enlargement of time through April 30, 2014, within which to serve process upon Defendant.

1.    The Complaint in this matter was filed on September 6, 2013.  [Docket No. 1].

2.    When the Complaint was filed, Defendant was known to Plaintiff only by Defendant's IP address, requiring Plaintiff to subpoena Defendant's Internet Service Provider ("ISP"), to obtain Defendant's true identity.

3.    On October 22, 2013, this Court entered its Order allowing Plaintiff to serve a non-party subpoena to Defendant's ISP.  [Docket No. 7]

4.    On November 14, 2013, Defendant's ISP, Comcast Cable Communications ("Comcast") was served with a subpoena for Defendant's identifying information.

5.	Comcast responded to the subpoena on December 27, 2013.

6.	Plaintiff is currently trying to engage in settlement negotiations with Defendant in an attempt to resolve this matter without the need for further litigation.

7.	Plaintiff requests an extension of time through April 30, 2014, in which to serve Defendant, so the parties have time to conclude settlement discussions, and Plaintiff may amend its Complaint and serve Defendant if necessary.

WHEREFORE, Plaintiff, TCYK, LLC, respectfully requests this Court grant its Motion for Extension of Time to Serve Defendant and Incorporated Memorandum of Law, and grant Plaintiff up and until April 30, 2014, to serve Defendant, and grant such other relief as this Court deems just and necessary.

## MEMORANDUM OF LAW

Under Rule 4(m) and Rule 6(b)(1)(A), Federal Rule of Civil Procedure, this Court must extend the time for service for an appropriate period if good cause has been shown for failure to serve Defendant. The Court also has the inherent discretion to control its docket to allow for the orderly processing of matters before it. *Chrysler Int'l Corp. v. Chemaly,* 280 F.3d 1358, 1360 (11th Cir. 2002). Plaintiff is attempting to engage Defendant in settlement negotiations to reach an amicable resolution of this matter. Plaintiff requests an extension of time through April 30, 2014, so the parties may conclude any settlement negotiations and Plaintiff may amend its Complaint and serve Defendant if necessary. Thus, good cause exists to grant this extension.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2014, a true and accurate copy of the foregoing was electronically filed with the Court. A copy of the foregoing will be provided to Defendant after Defendant is served with process.

s/ Catherine F. Yant
Richard E. Fee
Florida Bar No. 813680
Catherine F. Yant
Florida Bar No. 104852
IP ENFORCEMENT LAW GROUP P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 490-6050
(813) 490-6051 (Facsimile)
rfee@IPEnforcementLaw.com
cyant@IPEnforcementLaw.com

Trial Counsel for Plaintiff,
TCYK, LLC
